JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| KENYON DARRELL BROWN, | ) | No. 5:21-cv-00742-RGK (JDE) |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MENTAL HEALTH COURT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Dismissing Action,

IT IS ADJUDGED THAT this action is DISMISSED, with Claims One and Three in the Complaint dismissed with prejudice and Claim Two in the Complaint dismissed without prejudice.

Dated: May 20, 2021

_____

R. GARY KLAUSNER
United States District Judge